FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-CR-00162-TOR-1 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS |
| v. | |
| RYAN MICHAEL KALMBACK, | **MOTION GRANTED** **(ECF No. 27)** |
| Defendant. | |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 27**. Defendant recites in his motion that U.S. Probation does not oppose this request and the United States defers its position to Probation.

Specifically, Defendant requests permission to modify release condition #14.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 27**, is **GRANTED**. Special release condition #14 is modified as follows:

**(14)** Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area. However, due to regular expected travel, Defendant may travel to his grandparents' home in Cataldo, Idaho, without prior motion to the Court if: (1) he requests and obtains prior approval from Probation; (2) he notifies Probation of the date and time of travel and return, and provides a means to contact him at all times he is out

ORDER - 1

of the Eastern District; (3) affirmatively represents that no minors will be present during the trip.  If minors are expected to be present, Probation may authorize travel only if a responsible adult is supervising the minors and is notified of the pending charges by the Probation Officer.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 28, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2